

FILED

18 SEP 28 PM 3:27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /\/ DEPUTY

**CASE UNSEALED PER ORDER OF COURT**

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVON ANTONE LUCAS (1),<br>DONOVAN ADONTAS CARTER (2),<br>KEVIN VANDALE CHANDLER (3),<br>CENCLAIR MARIE FIELDS (4),<br><br>    Defendants. | Case No. **18CR4224 CAB**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(C) - Distribution of Fentanyl Resulting in Death;<br>Title 21, U.S.C., Secs. 841(a)(1), (b)(1)(C) and 846 - Conspiracy to Distribute and Possess with Intent to Distribute Hydrocodone;<br>Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

cc: Pretrial

The grand jury charges:

**Count 1**

On or about June 29, 2018, within the Southern District of California, defendant TREVON ANTONE LUCAS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and the death of C.A.S. resulted from the use of such substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

MAD:nlv:San Diego
9/27/18

1 RMC

### Count 2

Beginning on a date unknown to the grand jury and continuing to on or about July 3, 2018, within the Southern District of California and elsewhere, defendants TREVON ANTONE LUCAS, DONOVAN ADONTAS CARTER, KEVIN VANDALE CHANDLER, and CENCLAIR MARIE FIELDS did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are hereby re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants TREVON ANTONE LUCAS, DONOVAN ADONTAS CARTER, KEVIN VANDALE CHANDLER, and CENCLAIR MARIE FIELDS shall, upon conviction, forfeit to the United States any and all property constituting, or derived from, any proceeds that the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this indictment.

3. If any forfeitable property, as a result of any act or omission of the defendants:

1  a. cannot be located upon the exercise of due diligence;
2  b. has been transferred or sold to, or deposited with, a
3  third party;
4  c. has been placed beyond the jurisdiction of the Court;
5  d. has been substantially diminished in value; or
6  e. has been commingled with other property which cannot be
7  subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: September 28, 2018.

A TRUE BILL:

_/s/_  
Foreperson

ADAM L. BRAVERMAN  
United States Attorney

By: _/s/ Michael A. Deshong_  
MICHAEL A. DESHONG  
Assistant U.S. Attorney

3