AO 442

~~SEALED~~

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
OCT 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| Trevon Antone Lucas (1) | Case Number: 18-cr-4224-CAB-1 |

~~NOT~~ FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Trevon Antone Lucas (1)
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1),(b)(1)(C) – Distribution of Fentanyl Resulting in Death;
21:841(a)(1),(b)(1)(C), 846 – Conspiracy to Distribute and Possess with Intent to Distribute Hydrocodone;
21:853 - Criminal Forfeiture

DATE: 10/5/18
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA

In violation of Title    See Above    United States Code Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ M. Rutledge | September 28, 2018 at San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $   No Bail    by    The Honorable Bernard G. Skomal
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |