KEITH H. RUTMAN, CSB #144175
Attorney at Law
501 West Broadway, Ste. 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Defendant
TREVON LUCAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Cathy Ann Bencivengo)

| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-4224-CAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF JOINDER |
| v. | ) | |
| | ) | |
| TREVON LUCAS, et. al., | ) | DATE: November 9, 2018 @ 10:30 a.m. |
| | ) | COURTROOM: 4C |
| Defendants. | ) | |
| | ) | |

    Defendant TREVON LUCAS, by and through his attorney KEITH H. RUTMAN, hereby joins in the various pretrial motions filed by his co-defendant DONOVAN CARTER (Doc 28).

    Defendant has standing to join in the motions by virtue of the provisions of F.R.Cr.P 16, 18 U.S.C. § 3500, the Due Process Clause of the Fifth Amendment and any other applicable law cited in the motions themselves.

Respectfully Submitted,

Dated: October 19, 2018

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
TREVON LUCAS
Email: krutman@krutmanlaw.com

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2018 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: October 19, 2018

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
TREVON LUCAS
Email:  krutman@krutmanlaw.com